The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Robert Ryan Grasty
   v. Commonwealth of Virginia
   Record No. 0281-17-1
   Opinion rendered by Judge Humphreys
   on December 5, 2017
   Refused (171721)

On August 9, 2018 the Supreme Court issued an opinion in the following case, which had been appealed from this Court

1. Francisco Garcia-Tirado
   v. Commonwealth of Virginia
   Record No. 1982-15-4
   Memorandum opinion rendered by Senior Judge Annunziata on March 7, 2017
   Judgment of Court of Appeals affirmed by opinion rendered on August 9, 2018
   (170458)